NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH JEROME PACKNETT, | ) | No. C 09-00327 JF (PR) |
| Plaintiff, | ) ) | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION |
| vs. | ) ) | |
| R. WINGO, et al., | ) ) | |
| Defendants. | ) ) ) | (Docket No. 33) |

Plaintiff has filed a request for extension of time, which the Court assumes is respect to his filing an opposition to Defendants' motion to dismiss, which was filed on October 22, 2009. Plaintiff's opposition was due November 21, 2009. Accordingly, this request for an extension of time is untimely. However in the interest of justice, Plaintiff's request for extension of time (Docket No. 33) is GRANTED. Plaintiff shall file his opposition, and serve a copy on Defendants' counsel, **no later than December 7, 2009**, as requested. Defendants shall file a reply brief no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

IT IS SO ORDERED.

DATED: 12/7/09

JEREMY FOGEL
United States District Judge

Order Granting Ext. Of Time to File Oppo.
P:\PRO-SE\SJ.JF\CR.09\Packnett00327_eot-oppo.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNETH J. PACKNETT,

        Plaintiff,

  v.

R. WINGO, et al.,

        Defendants.

Case Number: CV09-00327 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/22/09, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Jerome Packnett C94858
CA State Prison at San Quentin
1-N-37-L
San Quentin, CA 94974

Dated: 12/22/09

Richard W. Wieking, Clerk