UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JEROME PACKNETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. WINGO, et al.,<br><br>　　　　Defendants. | Case No. 09-cv-00327-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>(Dkt. 121) |

Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including **December 29, 2014.**

Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

**No further extensions of time will be granted absent extraordinary circumstances.**

This Order terminates Docket No. 121.

**IT IS SO ORDERED.**

Dated: October 29, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　United States District Court Judge

P:\PRO-SE\YGR\CR.09\Packnet0327.GrantEOToppn2MSJ.docx