UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JEROME PACKNETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. WINGO, et al.,<br><br>　　　　Defendants. | Case No. 09-cv-00327-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

This is a civil rights case brought by a *pro se* prisoner under 24 U.S.C. § 1983. Defendants have filed a motion for summary judgment. Dkt. 108. On December 8, 2014, Plaintiff filed an opposition to that motion, however, the brief is twenty-eight pages long, in violation of Local Civil Rule 7-4(b), which limits briefs to twenty-five pages absent express leave of the Court. Plaintiff has also filed 222 pages of exhibits in support of his opposition.

Before the Court is Plaintiff's motion for leave to file an oversized brief. Dkt. 125.

Good cause appearing, the Court GRANTS Plaintiff leave to file an oversized brief limited to twenty-eight pages for his opposition and 222 pages for his supporting exhibits. The Clerk of the Court shall docket Plaintiff's opposition and any attachments thereto as filed by the Court on the date it was received, December 8, 2014.

Defendants have since filed a reply brief; therefore, the motion is deemed submitted as of the date the reply was filed, December 22, 2014. No hearing will be held on the motion unless the Court so orders at a later date.

IT IS SO ORDERED.

Dated: January 8, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　United States District Court Judge

United States District Court
Northern District of California